| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **Northern District of California** | |
| Case number (if known): _____  Chapter __7__ | ☐ Check if this is an amended filing |

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  
261 Silver Ave. LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
8 8 – 3 9 5 1 6 3 1

**4. Debtor's address**

**Principal place of business**

1245 Lindell Dr.  
Number     Street

Walnut Creek, CA 94596  
City     State     ZIP Code

Contra Costa  
County

**Mailing address, if different from principal place of business**

Number     Street

City     State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City     State     ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify:

Debtor **261 Silver Ave. LLC** Case number *(if known)* _____
Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. Check **all** that apply:
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                              MM / DD / YYYY
         District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
         District _____ When _____
                              MM / DD / YYYY
         Case number, if known _____

| Debtor | 261 Silver Ave. LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street

_____
City                State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49     ☐ 50-99     ☐ 1,000-5,000     ☐ 5,001-10,000     ☐ 25,001-50,000     ☐ 50,000-100,000
☐ 100-199  ☐ 200-999   ☐ 10,001-25,000                                         ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☒ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

| Debtor | 261 Silver Ave. LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/20/2024**
MM/ DD/ YYYY

X **/s/ Maurizio Iantorno**                    **Maurizio Iantorno**
Signature of authorized representative of debtor     Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Cathleen Cooper Moran**        Date **06/20/2024**
Signature of attorney for debtor                  MM/ DD/ YYYY

**Cathleen Cooper Moran**
Printed name

**Moran Law Group**
Firm name

**643 Bair Island Road Suite 403**
Number       Street

**Redwood City**                **CA**           **94063**
City                            State            ZIP Code

_____        **cathymoranesq@gmail.com**
Contact phone                    Email address

**83758**                        **CA**
Bar number                       State

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

IN RE: **261 Silver Ave. LLC**     CASE NO

     CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **06/20/2024**     Signature     **/s/ Maurizio Iantorno**
                                         Maurizio Iantorno, Managing Member

Graziano & Debra Lucchesi
39 Wildwood Ct.
Pleasant Hill, CA 94523-4532


Attorney General
Civil Trial Sec. Western Reg.
P.O. Box 683 Ben Franklin Stat.
Washington, DC 20044


Bledsoe, Diestel, Treppa & Crane LLP ,
Attn: Steven McDonald
180 Sansome Street 5th Floor
San Francisco, CA 94104

Dennis Morita
TCH Tax Services, Inc.
214 W. Lockeford St. Suite 6
Lodi, CA 95240


Eric I. Samuels
Israel & Samuels
1616 Bonanza Street 305
Walnut Creek, CA 94596


Eugene G. Catania
2972 Grand St.
Concord, CA 94520



First Bridge Funding
5341 Old Redwood Hwy
Petaluma, CA 94954



Franchise Tax Board
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


Maurizio Iantorno
1245 Lindell Dr.
Walnut Creek, CA 94596


PGE
300 Lakeside Dr
Oakland, CA 94612-3534


Pietro F. Adamo
208 Santa Claa Way
San Mateo, CA 94403


S.F. Public Utilities Commission
525 Golden Gate Ave.
San Francisco, CA 94102


San Francisco Office of Tax Collector
P.O. Box 7426
San Francisco, CA 94120


Steyer Lowenthal
Attn. Jeffrey Lowenthal
235 Pine St. 15th Floor
San Francisco, CA 94104


Thompson Welch
David Truong
3950 Civic Center Dr. Suite 300
San Rafael, CA 94903

U.S. Attorney, Chief Tax Division
450 Golden Gate Ave., 10th Floor Box 36055
San Francisco, CA 94102